IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LENROY MCLEAN | § | |
| VS. | § | CIVIL ACTION NO.  1:21-cv-168 |
| UNITED STATES OF AMERICA, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Lenroy McLean, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se,* filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act. Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis*.  (Doc. #2.)

The court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. (Doc. #11.)  The magistrate judge recommends denying Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  Plaintiff filed Objections to the magistrate judge's Report and Recommendation.  (Doc. #14.)

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  Although he paid the filing fee, Plaintiff requests leave to proceed *in forma pauperis* so that the court will arrange for service of the defendants.  For the reasons stated in the magistrate judge's Report and Recommendation, Plaintiff is barred from proceeding *in forma pauperis* in this action.  Therefore, after careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, Plaintiff's Objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED**.

**SIGNED** this the **21** day of **January, 2022.**


Thad Heartfield
United States District Judge

2